IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

GEORGE HENRY WHALEY, JR., :
:
    **Plaintiff** :
:
v. : 4:22-CV-1850
: (JUDGE MARIANI)
ANTHONY SCIRICA, :
U.S. CIRCUIT JUDGE, *et al.* :
:
    **Defendants** :

FILED
SCRANTON
FEB 06 2023
PER _____
DEPUTY CLERK

**ORDER**

AND NOW, THIS **6th** DAY OF FEBRUARY, 2023, upon *de novo* review of Magistrate Judge Susan Schwab's Report & Recommendation ("R&R") (Doc. 8), Plaintiff's Objections thereto (Doc. 9), and all other relevant documents, and Plaintiff having failed to pay the applicable filing and administrative fees in full as directed by this Court in its November 22, 2022 Order (Doc. 5) nor filed an application for leave to proceed *in forma pauperis*, **IT IS HEREBY ORDERED THAT:**

1. The R&R (Doc. 8) is **ADOPTED** for the reasons set forth therein.

2. Plaintiff's Objections (Doc. 9) are **OVERRULED**.[1]

3. The above-captioned action is **DISMISSED WITHOUT PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** this action.

                                                          _____
                                                          Robert D. Mariani
                                                          United States District Judge

---

[1] Plaintiff's "Answer to Report and Recommendation" (Doc. 9), which the Court has deemed to be Objections to the R&R, are wholly without merit, generally consist of irrational and illogical reasoning, and fail to set forth any proper legal basis for his claims that Judge Schwab erred in her factual or legal analysis.